IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| HAROLD M. LAIRD, #659512 | § | |
| VS. | § | CIVIL ACTION NO. 6:08cv131 |
| GERALD B. GOWER, ET AL. | § | |

ORDER OF PARTIAL DISMISSAL

Plaintiff Harold M. Laird, an inmate confined at the Coffield Unit, proceeding *pro se* and *in forma pauperis*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge Judith K. Guthrie, who issued a Report and Recommendation concluding that the Plaintiff's should be permitted to proceed with his deliberate indifference to safety claim against Gerald B. Gower, Jr., and that his remaining claims should be dismissed. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Plaintiff may proceed with his deliberate indifference to safety claim against Gerald B. Gower, Jr. It is further

**ORDERED** that the Plaintiff's remaining claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

**So ORDERED and SIGNED this 24th day of September, 2008.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**